```
 1  JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
 2
    BRIAN J. STRETCH (CSBN 163973)
 3  Chief, Criminal Division

 4  ELISE BECKER (NYSBN 2540730)
    Assistant United States Attorney
 5
        450 Golden Gate Avenue, Box 36055
 6      San Francisco, California 94102
        Telephone: (415) 436-6878
 7      Facsimile: (415) 436-7234

 8  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CR 01-0193 CRB |
| Plaintiff, | ) |
| v. | ) **NOTICE TO WITHDRAW** |
| KEITH KIM, | ) |
| Defendant. | ) |

Pursuant to Civil L.R. 79-4, the government requests permission from the Court to withdraw its exhibits in the above captioned case.

DATED: December 2, 2009               Respectfully submitted,

Signed: 12/4/2009                     JOSEPH P. RUSSONIELLO
                                      United States Attorney

                                      /s/ Elise Becker
                                      ELISE BECKER
                                      Assistant United States Attorney

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

NOTICE TO WITHDRAW
CR 01-0193 CRB                              1